*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided March 15, 2005

STATE OF CONNECTICUT *v.* RAFAEL WALKER

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 251 (AC 24581), is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

Decided March 15, 2005

LEANNA PUTMAN *v.* CHRISTOPHER KENNEDY

The defendant's petition for certification for appeal from the Appellate Court (AC 25425) is granted, limited to the following issue:

"Whether the Appellate Court properly dismissed this appeal on the ground that the appeal was moot?"

The Supreme Court docket number is SC 17396.

*Susan M. Phillips,* in support of the petition.

Decided March 15, 2005

STATE OF CONNECTICUT *v.* WALTER W. HINDS, SR.

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 557 (AC 24687), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.